# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINA M. FLORENCE,<br><br>            Plaintiff(s),<br><br>vs.<br><br>CENLAR FEDERAL SAVINGS & LOAN, et al.,<br><br>            Defendant(s). | Case No. 2:16-cv-00587-GMN-NJK<br><br>ORDER<br><br>(Docket No. 7) |

Pending before the Court is a discovery plan. Docket No. 7. The discovery plan includes a statement that "[n]o stipulations are effective until approved by the Court." *See id.* at 4. This statement is inconsistent with the Federal Rules of Civil Procedure and the Local Rules. *See, e.g.*, Fed. R. Civ. P. 29 (outlining variety of stipulations the parties may make without Court approval, including stipulations regarding depositions and discovery procedures, so long as the stipulations do not interfere with the schedule set by the Court); Local Rule 7-1(b) (exempting Rule 29 stipulations from requirement to obtain Court approval). Accordingly, the discovery plan is hereby **DENIED**. The parties are hereby **ORDERED** to file, no later than May 5, 2016, a discovery plan omitting the above language.[1]

IT IS SO ORDERED.

DATED: May 2, 2016

                                              NANCY J. KOPPE
                                              United States Magistrate Judge

---

[1] The Court has previously rejected this statement in other discovery plans by striking it. *See, e.g.*, *Simms v. Bank of America, N.A.*, 2:16-cv-00627-GMN-NJK, Docket No. 13 at 4 (D. Nev. Apr. 25, 2016). The Court declines to continue making that correction for the parties.