UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINA M. FLORENCE,<br><br>             Plaintiff(s),<br><br>vs.<br><br>CENLAR FEDERAL SAVINGS & LOAN, et al.,<br><br>             Defendant(s). | Case No. 2:16-cv-00587-GMN-NJK<br><br>ORDER |

On May 3, 2016, the Court entered a scheduling order. Docket No. 10. In a recently filed status report, it appears that Defendant Cenlar may not believe it is required to engage in discovery at this time because it has filed a motion to dismiss, which remains pending. *See* Docket No. 26 at 2. To be clear, unless otherwise ordered, Defendant Cenlar is expected to diligently conduct discovery at this time. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (the filing of a motion to dismiss does not automatically stay discovery obligations). Similarly, unless otherwise ordered, Defendant Cenlar is bound by the deadlines established in the scheduling order. To the extent Defendant Cenlar seeks a stay of discovery or extension of deadlines, it shall file a request, no later than August 19, 2016, addressing the applicable standards.

IT IS SO ORDERED.

DATED: August 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge