David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, REGINA M. FLORENCE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA M. FLORENCE,<br><br>    Plaintiff,<br><br>v.<br><br>CENLAR FEDERAL SAVINGS & LOAN; SELECT PORTFOLIO SERVICING, INC.; SHELLPOINT MORTGAGE SERVICING; and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | Case No. 2:16-cv-00587-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CENLAR ONLY</u>** |

  Plaintiff REGINA M. FLORENCE and CENLAR FEDERAL SAVINGS & LOAN hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CENLAR FEDERAL SAVINGS & LOAN**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           August 26, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* | By:<br><br>/s/ Jeffrey S. Allison, Esq.<br>Jeffrey S. Allison, Esq.<br>Houser & Allison, APC<br>3900 Paradise Rd.<br>Suite 101<br>Las Vegas, NV 89169<br><br>*Attorney for Defendant, CENLAR* |

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Motion to Dismiss (ECF No. 25) filed by Defendant Cenlar Federal Savings and Loan is DENIED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE

DATED: _September 2, 2016_____