# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINA H. FLORENCE, | Case No. 2:16-cv-00587-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 76) |
| CENLAR FEDERAL SAVINGS & LOAN, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for filing the joint proposed pretrial order until after a ruling is made on the pending motions for summary judgment. Docket No. 76. The stipulation is premised on the incorrect assumption that the deadline is currently set at February 13, 2017. *But see* Local Rule 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision the dispositive motions or further court order"). The stipulation is hereby **DENIED** as unnecessary.

IT IS SO ORDERED.

DATED: February 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge